Cite as: 586 U. S. ____ (2019)   1
ALITO, J., dissenting

# SUPREME COURT OF THE UNITED STATES

### LARRY LAMONT WHITE *v.* KENTUCKY

ON PETITION FOR WRIT OF CERTIORARI TO THE SUPREME
COURT OF KENTUCKY

No. 17–9467.   Decided January 14, 2019

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the Supreme Court of Kentucky for further consideration in light of *Moore* v. *Texas*, 581 U. S. ___ (2017).

JUSTICE ALITO, with whom JUSTICE THOMAS and JUSTICE GORSUCH join, dissenting.

The Court grants, vacates, and remands this case in light of *Moore* v. *Texas*, 581 U. S. ___ (2017). But *Moore* was handed down on March 28, 2017—almost five months before the Supreme Court of Kentucky reached a decision in this case. I would accordingly deny the petition for the reasons previously stated in my dissent in *Kaushal* v. *Indiana*, 585 U. S. ___, ___ (2018), and in Justice Scalia's dissenting opinion in *Webster* v. *Cooper*, 558 U. S. 1039, 1040 (2009).